**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Anthony Howard RANSOM, a.k.a.**
**Anthony Paul King, a.k.a. Tony,**
**Defendant—Appellant.**

**Nos. 11–10031, 11–10032.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 17, 2012.*

Filed Jan. 20, 2012.

Louis A. Bracco, Esquire, Assistant U.S. Attorney, Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

Georgia K. McMillen, Law Office of Georgia K. McMillen, Wailuku Maui, HI, for Defendant–Appellant.

Before: LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Anthony Howard Ransom appeals from his guilty-plea convictions and 144–month sentence for structuring financial transactions, in violation of 31 U.S.C. § 5324(a)(3), and attempted distribution of one kilogram or more of heroin, in violation of 21 U.S.C. §§ 841(a)(1) and 846, and 18 U.S.C. § 2. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ransom's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ransom with the opportunity to file a pro se supplemental brief. No pro se supplemental brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief as to the defendant's convictions. We dismiss the appeal of the sentence in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000).

ed by 9th Cir. R. 36–3.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Counsel's motion to withdraw is **GRANTED.**

The convictions are **AFFIRMED,** and the appeal of the sentence is **DISMISSED.**

